PROB 12A
(6/21)

# United States District Court
## for
## District of New Jersey
## Report on Individual Under Supervision

Name of Individual Under Supervision: Jimmy Cooper     Cr.: 17-00106-001
    PACTS #: 54722

Name of Sentencing Judicial Officer:    THE HONORABLE MADELINE COX ARLEO
    UNITED STATES DISTRICT JUDGE

Date of Original Sentence: 12/06/2018

Original Offense:    Count One: Conspiracy to Commit Hobbs Act Robbery, 18 U.S.C. Section 1951(a)

Count Two: Hobbs Act Robbery, 18 U.S.C. Section 1951(a)

Original Sentence: 65 months imprisonment, 3 years supervised release, $200 total special assessment

Special Conditions: Gang/Criminal Associations Prohibition, Financial Disclosure, DNA Collection

Type of Supervision: Supervised Release           Date Supervision Commenced: 06/15/2021

## NONCOMPLIANCE SUMMARY

The individual under supervision has not complied with the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | In November 2022, the New Jersey State Police (Red Lion Troop, in Burlington County) began an investigation involving a theft of stolen checks/funds totaling approximately $40,000. It is alleged that Cooper and another individual committed fraud by opening up a false business and passing six checks to withdraw said funds. |
| | Subsequently, authorities generated a criminal complaint for Cooper and a warrant (W-2023-000059-0334) out of Southampton Township was issued for the following charges: |
| | Theft by deception, conspiracy to commit theft by deception, and impersonation (3rd degree crimes). |
| | On April 26, 2023, Cooper surrendered to the New Jersey State Police (Red Lion Troop) on their warrant. He was processed and released the following day. |
| | A court date is scheduled for June 7, 2023, at the New Jersey Superior Court (Burlington County). |

Prob 12A – page 2
Jimmy Cooper

U.S. Probation Officer Action:

The probation office has intensified supervision efforts with Cooper who denies the above allegations. Cooper believes he is the victim of identity theft. Our office recommends withholding Court action at this time. We will keep the Court apprised of Cooper's pending case and any additional instances of noncompliance.

Respectfully submitted,

SUSAN M. SMALLEY, Chief
U.S. Probation Officer

By:  ANTHONY J. NISI
U.S. Probation Officer

/ ajn

APPROVED:

_____  May 8, 2023
SUZANNE GOLDA-MARTINEZ       Date
Supervising U.S. Probation Officer

---

*Please check a box below to indicate the Court's direction regarding action to be taken in this case:*

☑ No Formal Court Action to be Taken at This Time (as recommended by the Probation Office)

☐ Submit a Request for Modifying the Conditions or Term of Supervision

☐ Submit a Request for Warrant or Summons

☐ Other

_____
Signature of Judicial Officer

5-17-23
_____
Date